UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-610-2 |
| | § | |
| HALEY MEDLIN | § | |

## FACTUAL SUMMARY

The evidence shows the following:

If this case were to proceed to trial, the United States could prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish Defendant's guilt:

On or about August 11, 2022, KARINA DELUNA and HALEY MEDLIN did aid and abet one another by knowingly making a false statement and representation to Guns of Texas, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Guns of Texas, in that co-defendants KARINA DELUNA and HALEY MEDLIN travelled together to Guns of Texas in Houston, Texas to straw purchase a firearm and HALEY MEDLIN acquired a Barrett, Model 82A1, SN: AA013868, .50 caliber rifle by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) Form 4473, Firearms Transaction Record, to the effect that she was the actual buyer of the aforementioned firearm. KARINA DELUNA admitted to Special Agents with the BATFE that the firearm purchased by HALEY MEDLIN was intended for someone else. KARINA DELUNA was the primary point of contact for the out of state Federal Firearms Licensee who initially shipped the aforementioned firearm to Guns of Texas, for later acquisition by HALEY MEDLIN. HALEY MEDLIN indicated on the Form 4473 that she was the actual buyer of the firearm, when in fact she was knowingly acquiring the firearm on behalf of someone else.

These facts occurred within the Southern District of Texas, Houston Division.